# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Graceshany Mirriet Acosta-Pabon (1)<br><br>Defendant. | Case No. 24-cr-00622-WQH<br><br>JUDGMENT OF DISMISSAL |

**FILED**
JUL 10 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_ the Court has granted the motion of the defendant for a judgment of acquittal; or a jury has been waived, and the Court has found the defendant not guilty; or

\_ the jury has returned its verdict, finding the defendant not guilty;

of the offense(s) as charged in the Indictment:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/8/2024

Hon. William Q. Hayes
United States District Judge